UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00345-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN FRANCISCO-MIGUEL, a/k/a Juan Thomas, a/k/a Juan Andres Francisco, a/k/a Jesse Martinez ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Change of Plea hearing is set for **Tuesday, January 31, 2012 at 10:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: January 4, 2012